IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FERNANDO CANTU, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-3754 |
| BANK OF AMERICA, N.A., *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

The Joint Motion to Extend Time to Respond submitted by the plaintiffs, Fernando Cantu and Mayra Cantu, and the defendants, Bank of America, N.A. and The Bank of New York Mellon, is granted. The defendants' time to answer or otherwise respond to the plaintiffs' complaint is extended to **April 4, 2013**. The initial pretrial conference is reset to **April 24, 2013**, at 8:30 a.m. The joint discovery/case management plan is due by **April 19, 2013**.

SIGNED on January 4, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge