IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FERNANDO CANTU, *et al.*, § § § Plaintiffs, § § VS. § BANK OF AMERICA, N.A., *et al.*, § § Defendants. § | CIVIL ACTION NO. H-12-3754 |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 11), this action is dismissed without prejudice.

SIGNED on April 2, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge